JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER VAUGHN COOK, | Case No. CV 18-10786-JVS (KK) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| IRONWOOD STATE PRISON, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 30, 2019

HONORABLE JAMES V. SELNA
United States District Judge